McGREGOR W. SCOTT
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2782

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. 2:07-CR-00054-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| ) | CONTINUING CHANGE OF PLEA |
| ) | |
| VICTOR LINARES-CHUGA, ) | |
| aka Victor Linares-Gonzales ) | |
| aka Victor Linares, ) | |
| ) | |
| Defendants. ) | Hon. Morrison C. England, Jr. |
| ) | |

The parties request that the change of plea currently set for April 10, 2007, at 1:45 pm, be continued to April 24, 2007, and stipulate that the time beginning April 10, 2007, and extending through April 24, 2007, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that each party may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In particular, counsel need more time to evaluate a possible plea disposition and information relevant to sentencing.  The parties stipulate

1

1  and agree that the interests of justice served by granting this
2  continuance outweigh the best interests of the public and the
3  defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                        Respectfully Submitted,

                                        McGREGOR W. SCOTT
                                        United States Attorney

8  Dated:  April 10, 2007            By:/s/ Kyle Reardon
                                        KYLE REARDON
9                                     Assistant U.S. Attorney

11  Dated:  April 10, 2007            By:/s/ Jeffrey Staniels
                                        JEFFREY STANIELS
12                                     Attorney for defendant

## **ORDER**

15      The change of plea in case number 07-0054 MCE, currently set
16  for April 10, 2007, at 1:45 pm, is continued to April 24, 2007,
17  and the time beginning April 10, 2007, and extending through
18  April 24, 2007, is excluded from the calculation of time under
19  the Speedy Trial Act.  The Court finds that interests of justice
20  served by granting this continuance outweigh the best interests
21  of the public and the defendant in a speedy trial.  18 U.S.C. §
22  3161(h)(8)(A).
23      IT IS SO ORDERED.
24   Dated: April 12, 2007

                                        MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE