DANIEL J. BRODERICK, #89424
Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VICTOR LINARES-CHUGA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   VICTOR LINARES-CHUGA,   Defendant. | No. 2:07-cr-00054-MCE  ORDER VACATING TRIAL DATE  Date: April 24, 2007  Time: 8:30 a.m.  Judge: Hon. Morrison C. England |

At the status conference held in this case on April 24, 2007, this court ordered that the matter be continued at the request of the defense to May 17, 2007 for further status conference.   When the matter was then adjourned, the scheduled trial date of May 2, 2007, was inadvertently left pending as previously scheduled.  In light of the intervening oral continuance request made by the defense and granted by the court, the trial date of May 2, 2007 is hereby VACATED.

**It is so ordered.**

Dated:  May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE