```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    JEFFREY L. STANIELS, Bar #91413
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6

 7  Attorney for Defendant
    VICTOR LINARES-CHUGA
 8
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:07-cr-00054 MCE |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER CONTINUING |
| v. | ) CASE AND EXCLUDING TIME |
|  | ) |
| VICTOR LINARES-CHUGA, | ) |
|  | ) Date: May 24, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
|  | ) Judge: Hon. Morrison C. England, Jr. |
| _____ | ) |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, counsel for Defendant that the above case be dropped from this court's May 24, 2007, calendar, that it be continued until June 14, 2007, at 9:00 a.m., and that time be excluded between May 24, 2007 and June 14, 2007, pursuant to 18 U.S.C. § 3161(h)(8)(A) & (B)(iv). Local Code T-4.

///

1   This continuance is sought in order to investigate further the
2 circumstances of a sentencing factor and to permit counsel to confer
3 about terms of resolution in light of the results of that
4 investigation.

5   **IT IS SO STIPULATED.**

7 Dated: May 23, 2007      /S/ Kyle Reardon
                           KYLE REARDON
8                          Assistant United States Attorney
                           Counsel for Plaintiff

10
11 Dated: May 23, 2007      /S/ Jeffrey L. Staniels
                           Jeffrey L. Staniels
                           Assistant Federal Defender
12                          Counsel for Defendant
                           VICTOR LINARES-CHUGA

14                          **O R D E R**

15   **IT IS SO ORDERED.**

17 Dated: May 24, 2007

                           _____
19                          MORRISON C. ENGLAND, JR.
20                          UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time    2