1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   JEFFREY L. STANIELS, Bar #91413
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6

7  Attorney for Defendant
   VICTOR LINARES-CHUGA

8

9
                    IN THE UNITED STATES DISTRICT COURT
10
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
11

12

13
   UNITED STATES OF AMERICA,     ) No. 2:07-cr-0054 MCE
14                               )
              Plaintiff,         )
15                               ) STIPULATION AND ORDER CONTINUING
        v.                       ) CASE AND EXCLUDING TIME
16                               )
   VICTOR LINARES-CHUGA,         )
17                               ) Date:  June 14, 2007
              Defendant.         ) Time:  9:00 a.m.
18                               ) Judge: Hon. Morrison C. England, Jr.
   _____ )
19

20

21     **IT IS HEREBY STIPULATED** by and between Assistant United States

22  Attorney Kyle Reardon, counsel for Plaintiff, and Assistant Federal

23  Defender Jeffrey L. Staniels, counsel for Defendant that the above case

24  be dropped from this court's June 14, 2007, calendar, that it be

25  continued until July 5, 2007, at 9:00 a.m., and that time be excluded

26  between June 14, 2007 and July 5, 2007, pursuant to 18 U.S.C. §

27  3161(h)(8)(A) & (B)(iv). Local Code T-4.

28  ///

1   This continuance is sought in order to obtain court records from
2   Los Angeles underlying a prior conviction to determine the proper
3   scoring under the criminal History guidelines.
4   **IT IS SO STIPULATED.**

6   Dated: June 13, 2007          /S/ Kyle Reardon
                                  KYLE REARDON
7                                 Assistant United States Attorney
                                  Counsel for Plaintiff

9   Dated: June 13, 2007          /S/ Jeffrey L. Staniels
10                                Jeffrey L. Staniels
                                  Assistant Federal Defender
11                                Counsel for Defendant
                                  VICTOR LINARES-CHUGA

13                          **O R D E R**

15      **IT IS SO ORDERED.**

17   Dated: June 15, 2007

                                  _____
19                                MORRISON C. ENGLAND, JR.
20                                UNITED STATES DISTRICT JUDGE

Stipulation & Order
Continuing Case and Excluding Time       2